No. 99–8881. SMITH v. PRICE, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8882. PISTORIUS v. WALKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–8883. SMITH v. SCHRIRO, DIRECTOR, MISSOURI DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8884. PEARSON v. MAZZUCA, SUPERINTENDENT, FISH-KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8886. MCLEAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–8888. WOODERTS v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8889. TALBERT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8892. SABO v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–8906. TENACE v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–8909. MONTOYA v. COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–8915. LEWIS v. WEST ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8921. WALTON v. STEWART, DIRECTOR, ARIZONA DE-PARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 99–8924. WATKINS v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–8925. CLOUD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.